UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALFREDA LUNDY

VERSUS

ACE AMERICAN INSURANCE
COMPANY, ET AL.

CIVIL ACTION

22-930-SDD-RLB

### RULING

The Court has carefully considered the *Motion*,[1] record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Richard L. Bourgeois, Jr., dated May 3, 2023, to which an *Objection*[3] was filed. The Court conducted a *de novo* review.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motion to Remand* is DENIED.

Signed in Baton Rouge, Louisiana, on this ___18___ day of May, 2023.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 10.
[2] Rec. Doc. 18.
[3] Rec. Doc. 19.